UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **VERSIAH M. TAYLOR,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 1:15-cv-00761-RDP-JHE |
| ) | |
| **WARDEN TAYLOR, et al.,** ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

Petitioner Versiah M. Taylor filed this action for a writ of habeas corpus on or about May 15, 2015. (Doc. 1). Petitioner, a federal prisoner, asserted that the State of Alabama wrongfully revoked his bond when he was arrested on federal charges, that Alabama state officials wrongfully had a detainer placed on him, which prevented him from receiving federal pretrial release, and that the state court has violated his Sixth Amendment right to a speedy trial. (*Id*. at 6-7). On June 15, 2018, the Magistrate Judge to whom the case was referred filed a Report recommending the petition be dismissed without prejudice due to Petitioner's failure to exhaust his state court remedies. (Doc. 17). Although Petitioner was notified of his right to file objections to the Report and Recommendation, the deadline for doing so has passed and no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the response thereto, the Magistrate Judge's report is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** due to

Petitioner's failure to exhaust his state law remedies.  A separate Final Order will be entered.

**DONE** and **ORDERED** this July 9, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE